IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KWAI FUN WONG and WU WEI TIEN TAO ASSOCIATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>DAVID V. BEEBE, JOHN DOE IMMIGRATION AND NATURALIZATION SERVICE (aka DEPARTMENT OF HOMELAND SECURITY) OFFICIALS, and UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil No. 01-718-ST<br><br><br><br>O R D E R |

    Beth Ann Creighton
    Zan E. Tewksbury
    Thomas M. Steenson
    STEENSON SCHUMANN TEWKSBURY CREIGHTON & ROSE, P.C.
    815 S.W. Second Avenue, Suite 500
    Portland, OR  97204

     Attorneys for Plaintiffs

Kenneth C. Bauman
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

R. Joseph Sher
U.S. DEPARTMENT OF JUSTICE
Torts Branch
Civil Division
2100 Jamieson Avenue
Alexandria, VA 22314

   Attorneys for Defendants

JONES, Judge:

Magistrate Judge Janice M. Stewart filed Findings and Recommendation (#238) on November 17, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Defendants have timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Stewart's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#238) dated November 17, 2005, in its entirety. Defendant Beebe's motion (#175) for judgment on the pleadings is granted in part as to the Second Claim (First

Amendment) alleged by Wong insofar as it is based on Wong's inability to associate with her followers. In all other respects, the motion is denied.

IT IS SO ORDERED.

DATED this 9th day of January, 2006.

/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge