IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KWAI FUN WONG; ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 01-718-ST |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| IMMIGRATION AND NATURALIZATION | ) | |
| SERVICE, being sued as David V. Beebe, | ) | |
| Jerry F. Garcia, Jack O'Brien, Douglas Glover | ) | |
| and John Doe INS Officials, | ) | |
| | ) | |
| Defendants. | ) | |

Beth Ann Creighton
Zan E. Tewksbury
Thomas M. Steenson
STEENSON SCHUMANN TEWKSBURY CREIGHTON & ROSE, PC
815 S.W. Second Avenue, Suite 500
Portland, OR  97204

   Attorneys for Plaintiffs

Kenneth C. Bauman
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

R. Joseph Sher

U.S. DEPARTMENT OF JUSTICE
Torts Branch
Civil Division
2100 Jamieson Avenue
Alexandria, VA  22314

    Attorneys for Defendants

JONES, Judge:

Magistrate Judge Stewart filed an Opinion and Order (# 289) on January 10, 2006, granting in part and denying in part defendants' Motion to Compel on Plaintiff's Religious Privilege Claims (# 218).  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a).  When either party objects to any portion of a Magistrate Judge's order on a non-dispositive pretrial matter, the district court determines whether the Magistrate Judge's order is "clearly erroneous or contrary to law."  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Osband v. Woodford, 290 F.3d 1036, 1041 (9th Cir. 2002).

Defendants timely filed objections.  I have considered the objections and find no error.  Accordingly, I AFFIRM Magistrate Judge Stewart's Opinion and Order (# 289), filed on January 10, 2006, in its entirety.  Defendants' motion for partial summary judgment on plaintiffs' RFRA and religious schism claims (#214) is granted on the sovereign immunity issue against the

damages claims alleged in the fourth claim for relief against the United States and INS officials acting in their official capacities, and denied in all other respects.

IT IS SO ORDERED.

DATED this 21st day of February, 2006.

    /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge