IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KWAI FUN WONG and WU WEI TIEN TAO ASSOCIATION,  )<br>)<br>)<br>         Plaintiffs,   )<br>)<br>   v.                      )<br>)<br>DAVID V. BEEBE, JOHN DOE IMMIGRATION )<br>AND NATURALIZATION SERVICE (nka  )<br>DEPARTMENT OF HOMELAND SECURITY)  )<br>OFFICIALS, and UNITED STATES OF  )<br>AMERICA,                                 )<br>)<br>        Defendants.       )  | Civil No. 01-718-ST<br><br>O R D E R |

     Magistrate Judge Stewart entered an order (# 312) on January 27, 2006, granting in part and denying in part plaintiff's motion for protective order (# 295); as relevant here, requiring defendants to defray plaintiff's air fare for travel relative to her deposition. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). When either party objects to any portion of a Magistrate Judge's order on a non-dispositive pretrial matter, the district court determines whether the Magistrate Judge's order is "clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Osband v. Woodford, 290 F.3d 1036,

1041 (9th Cir. 2002).

     Defendants have timely filed objections (# 317) and plaintiff has responded (# 330).  I have considered the objections and find no error.  Accordingly, I AFFIRM Magistrate Judge Stewart's order (# 312), filed on January 27, 2006, requiring defendants to defray plaintiff's air fare for travel relative to her deposition.

     DATED this 24th day of March, 2006.

                                          /s/ Robert E. Jones
                                        ROBERT E. JONES
                                        U.S. District Judge