IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KWAI FUN WONG and WU WEI TIEN TAO ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 01-718-ST |
| v. | ) ) | O R D E R |
| DAVID V. BEEBE, JOHN DOE IMMIGRATION AND NATURALIZATION SERVICE (nka DEPARTMENT OF HOMELAND SECURITY) OFFICIALS, and UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Magistrate Judge Stewart filed a minute order (# 320) on February 9, 2006, denying plaintiff's motion to reconsider the court's ruling on a motion for protective order (# 318). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a). When either party objects to any portion of a Magistrate Judge's order on a non-dispositive pretrial matter, the district court determines whether the Magistrate Judge's order is "clearly erroneous or

contrary to law."  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Osband v. Woodford, 290 F.3d 1036, 1041 (9th Cir. 2002).

Plaintiff has timely filed objections (# 328).  I have considered the objections and find no error.  Accordingly, I AFFIRM Magistrate Judge Stewart's order (# 320), filed on February 9, 2006, denying plaintiff's motion for reconsideration.

DATED this 24th day of March, 2006.


       /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge