IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KWAI FUN WONG and WU WEI TIEN TAO ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 01-718-ST |
| v. | ) ) | O R D E R |
| DAVID V. BEEBE, JOHN DOE IMMIGRATION AND NATURALIZATION SERVICE (nka DEPARTMENT OF HOMELAND SECURITY) OFFICIALS, and UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Beth Ann Creighton
Zan E. Tewksbury
Thomas M. Steenson
STEENSON SCHUMANN TEWKSBURY CREIGHTON & ROSE, PC
815 S.W. Second Avenue, Suite 500
Portland, OR  97204

 Attorneys for Plaintiffs

Kenneth C. Bauman
UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF OREGON
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

R. Joseph Sher
U.S. DEPARTMENT OF JUSTICE
Torts Branch
Civil Division
2100 Jamieson Avenue
Alexandria, VA  22314

     Attorneys for Defendants

JONES, Judge:

     Magistrate Judge Stewart filed a minute order (# 309) on January 25, 2006, denying in part and granting in part defendants' motion to compel plaintiffs' response to interrogatories (# 272).  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a).  When either party objects to any portion of a Magistrate Judge's order on a non-dispositive pretrial matter, the district court determines whether the Magistrate Judge's order is "clearly erroneous or contrary to law."  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Osband v. Woodford, 290 F.3d 1036, 1041 (9th Cir. 2002).

     Defendants have timely filed objections (# 322).  I have considered the objections and find no error.  Accordingly, I AFFIRM Magistrate Judge Stewart's order (# 309), filed on January  25, 2006, in its entirety.

     DATED this 24th day of March, 2006.


                                        /s/ Robert E. Jones
                                        ROBERT E. JONES
                                        U.S. District Judge


2 - ORDER