IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KWAI FUN WONG and WU-WEI TIEN TAO ASSOCIATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 01-718-ST |
| v. | ) ) | O R D E R |
| DAVID V. BEEBE, a former Immigration and Naturalization Service (nka Department of Homeland Security) Official, and the UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) | |

Beth Ann Creighton
Zan E. Tewksbury
Thomas M. Steenson
STEENSON SCHUMANN TEWKSBURY CREIGHTON & ROSE, P.C.
815 S.W. Second Avenue, Suite 500
Portland, OR  97204

 Attorneys for Plaintiffs

R. Joseph Sher
U.S. DEPARTMENT OF JUSTICE
Torts Branch
Civil Division
2100 Jamieson Avenue
Alexandria, VA  22314

James G. Bartolotto
Zachary C. Richter
U.S. DEPARTMENT OF JUSTICE
Civil Division, Constitutional Torts Section
P. O. Box 7146, Ben Franklin Station
Washington, D.C.  20044

James L. Sutherland
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

    Attorneys for Defendants

JONES, Judge:

Magistrate Judge Janice M. Stewart filed Findings and Recommendation (#443) on January 24, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiffs and defendants have timely filed objections. I have, therefore, given de novo review of Magistrate Judge Stewart's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#443) dated January 24, 2007, in its entirety. Plaintiff Wong's motion

2 - ORDER

(#400) for partial summary judgment against the defendants David V. Beebe and the United States of America is denied; defendant David Beebe's motion (#403) for summary judgment is granted in part and denied in part; and defendant United States' motion (#405) for summary judgment is granted in part and denied in part as follows:

### First Claim (Fourth Amendment):

Deny summary judgment both to Wong and Beebe as to whether the strip searches violated the Fourth Amendment

### Second Claim (First Amendment):

Grant summary judgment to Beebe

### Third Claim (Declaratory Judgment):

Grant summary judgment to the United States

### Fourth Claim (RFRA):

Grant summary judgment to Beebe and deny summary judgment to Wong

### Fifth Claim (FTCA):

False Imprisonment:  Grant summary judgment to the United States and deny summary judgment to Wong

Invasion of Privacy:  Grant summary judgment to the United States and deny summary judgment to Wong

Negligence:

Grant summary judgment to the United States against the Wu-Wei Tien Tao Association as to all specifications;

>Grant summary judgment to the United States against Wong and deny summary judgment to Wong as to sending letters containing misstatements and adjudicating adjustment of status application;
>
>Deny summary judgment to the United States against Wong and deny summary judgment to Wong as to conditions of confinement.

I further deny plaintiffs' motion (#454) to supplement the summary judgment record.

IT IS SO ORDERED.

DATED this 10th day of April, 2007.

/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge

4 - ORDER